## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

Catarino Cos Castro
Plaintiff,

v.                                        Case No.: 1:26−cv−00274−JJM−PAS

David T. Wesling, et al.
Defendant.

## <u>ORDER OF RECUSAL</u>

I hereby recuse myself from participation in the above referenced matter.

<u>It is so ordered</u>.

May 8, 2026                               By the Court:

                                          /s/ Melissa R. DuBose
                                          United States District Judge